NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MONTAIGU A. MOSELLE,        )
                                     )
        Appellant,       )
                                     )
v.                             )       Case No. 2D17-292
                                     )
STATE OF FLORIDA,        )
                                     )
        Appellee.       )
_____)

Opinion filed August 16, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender, and
Karen Kinney, Assistant Public Defender;
and Amanda V. Isaacs, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., and KELLY and BLACK, JJ., Concur.